THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA
L. NEISEL, Appellant, *v.* JOHN F. GILCHRIST et al.,
Constituting the State Tax Commission, Respondents.

*Appeal — unanimous affirmance — motion to dismiss appeal granted.*

*People ex rel. Neisel* v. *Gilchrist,* 219 App. Div. 650, appeal dismissed.

(Argued October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the third
judicial department, entered March 7, 1927, which unani-
mously affirmed a determination of the State Tax Com-
mission relative to the personal income tax of the relator.

The motion was made upon the ground that permission
to appeal to the Court of Appeals had not been obtained.

*Albert Ottinger, Attorney-General (Henry S. Manley* of
counsel), for motion.

*Simon H. Rifkind, Robert F. Wagner* and *Lawrence
Graves* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

AUSTIN NICHOLS & Co., INC., Appellant, *v.* COMPANIA
TRASATLANTICA, Respondent.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 245 N. Y.
624.)